# LAW & MORAN
ATTORNEYS AT LAW
563 SPRING STREET, N.W.
ATLANTA, GEORGIA 30308
WWW.LAWMORAN.COM

TELEPHONE
(404) 814-3700

FACSIMILE
(404) 842-7710

January 12, 2018

The Honorable William S. Duffey, Jr.
Attn: Benjamin Thurman, Deputy Clerk
1721 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309

Re: **Yvette Adelle Sanders, Individually and as Surviving Parent, and Yvette Adelle Sanders, as Administratrix of the Estate of Andrew Thomas Spencer, deceased v. QuikTrip Corporation**
U.S. District Court, NDGA, Atlanta Division
Civil Action File No.: 1:17-cv-02341-WSD

Dear Mr. Thurman:

We respectfully request that the above-referenced case not be put on a trial calendar for the time periods of March 5, 2018 up and through March 9, 2018; March 12, 2018 up and through March 16, 2018; March 30, 2018; April 2, 2018; May 25, 2018; May 29, 2018; May 30, 2018; June 11, 2018; June 15, 2018; July 3, 2018; July 5, 2018, July 6, 2018; July 23, 2018 up and through July 27, 2018; July 30, 2018; July 31, 2018; August 31, 2018; September 4, 2018; November 20, 2018; November 21, 2018; December 21, 2018; December 27, 2018; December 28, 2018; and December 31, 2018. The purpose of these leaves is out-of-town travel.

With best regards, I remain

Very truly yours,

Peter A. Law

PAL:bna
cc: Michael J. Rust, Esq.
Nicole C. Leet, Esq.

WWW.LAWMORAN.COM