IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVETTE ADELLE SANDERS,                )<br>Individually and as surviving parent,     )<br>and YVETTE ADELLE SANDERS,         )<br>as Administratrix of The Estate of         )<br>ANDREW THOMAS SPENCER,           )<br>deceased,                                               )<br>                                                              )<br>         Plaintiffs,                                     )<br>                                                              )<br>v.                                                           )<br>                                                              )<br>QUIKTRIP CORPORATION                )<br>                                                              )<br>         Defendant.                                   ) | CIVIL ACTION FILE<br>NO.: 1:17-cv-02341-WSD |

## PLAINTIFFS' EXPERT DISCLOSURE

COME NOW Plaintiffs, and pursuant to Fed.R.Civ.P. 26(a), identify John C. Villines, MS, CPP, PCI, PSP, ICPS, NCPS as Plaintiffs' expert who will opine regarding the actions, inactions, and omissions of Defendant QuikTrip Corporation as they relate to crime prevention and security measures at the subject QuikTrip located at 4050 Buford Highway, Atlanta, GA.  Mr. Villines' opinions are based upon his education, training, experience, and review of information relevant to this case.  A copy of Mr. Villines' Expert Report is attached hereto as Exhibit "A", which Plaintiffs refer to and incorporate herein by reference.

**[date and signature on following page]**

This 17th day of January, 2018.

Respectfully submitted,

**LAW & MORAN**

/s/ Elizabeth A. Rose
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Elizabeth A. Rose
Georgia Bar No. 940275
Attorneys for Plaintiffs

563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***PLAINTIFFS' EXPERT DISCLOSURE*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above mentioned pleading was prepared using Times New Roman font of 14 point size.

        Respectfully submitted,

        **LAW & MORAN**

        /s/ Elizabeth A. Rose
        Elizabeth A. Rose
        Georgia Bar No. 940275
        Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVETTE ADELLE SANDERS, )<br>Individually and as surviving parent, )<br>and YVETTE ADELLE SANDERS, )<br>as Administratrix of The Estate of )<br>ANDREW THOMAS SPENCER, )<br>deceased, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>QUIKTRIP CORPORATION, and )<br>BJS QT, LLC )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO.: 1:17-cv-02341-WSD |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing ***PLAINTIFFS' EXPERT DISCLOSURE*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Michael J. Rust
Nicole C. Leet
Gray, Rust, St. Amand, Moffett & Brieske L.L.P.
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326

This 17th day of January, 2018.

**[signature on following page]**

Respectfully submitted,

**LAW & MORAN**

/s/ Elizabeth A. Rose
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Elizabeth A. Rose
Georgia Bar No. 940275
Attorneys for Plaintiffs

563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700