## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

YVETTE ADELLE SANDERS, )
INDIVIDUALLY AND AS SURVIVING )
PARENT, AND YVETTE ADELLE )
SANDERS, AS ADMINISTRATRIX OF )
THE ESTATE OF ANDREW THOMAS )
SPENCER, DECEASED, )  Case No.
                                       )  1:17-CV-02341-WSD
  )
  )
         Plaintiffs, )
  )
v. )
  )
QUIKTRIP CORPORATION )
  )
  )
         Defendant. )
_____ )

## DEFENDANT QUIKTRIP CORPORATION'S EXPERT DISCLOSURE AND NOTICE OF FILING

COMES NOW Defendant QuikTrip Corporation, by and through counsel, and pursuant to Fed. R. Civ. P. 26, identifies and discloses Karim Vellani as an expert witness in this case to provide testimony at trial on behalf of Defendant. The written report of this expert is attached hereto as Exhibit "A."

This 17th day of January, 2017.

Respectfully submitted,

/s/ Nicole C. Leet

Michael J. Rust
Georgia Bar No. 621257
Nicole C. Leet
Georgia Bar No.: 133044
Attorneys for Defendant
QuikTrip Corporation

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7434 (Leet)
404-870-7374 fax
E-mail:      mrust@grsmb.com
             nleet@grsmb.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

YVETTE ADELLE SANDERS,                )
INDIVIDUALLY AND AS SURVIVING    )
PARENT, AND YVETTE ADELLE          )
SANDERS, AS ADMINISTRATRIX OF     )
THE ESTATE OF ANDREW THOMAS     )
SPENCER, DECEASED,                         )
                                                              )
     Plaintiff,                                    )          CIVIL ACTION NO.:
                                                              )          1:17-CV-02341-WSD
vs.                                                          )
                                                              )
QUIKTRIP CORPORATION                   )
                                                              )
                                                              )
     Defendant.                                 )
_____ )

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

     I hereby certify that the foregoing has been prepared with one of the font and

point selections approved by the Court in Local Rule 5.1(C), Northern District of

Georgia, specifically Times New Roman 14 point.

                       Submitted this 17th day of January, 2018.

                       /s/Nicole C. Leet
                       Nicole C. Leet
                       Georgia Bar No. 13304
                       Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| YVETTE ADELLE SANDERS, INDIVIDUALLY AND AS SURVIVING PARENT, AND YVETTE ADELLE SANDERS, AS ADMINISTRATRIX OF THE ESTATE OF ANDREW THOMAS SPENCER, DECEASED, | ) ) ) ) ) ) ) ) | Case No. 1:17-CV-02341-WSD |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| QUIKTRIP CORPORATION | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2018, copies of Defendant's Expert Disclosure were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Peter A. Law
E. Michael Moran
Elizabeth A. Rose
Law & Moran

563 Spring Street, NW
Atlanta, GA 30308

This 17th day of January, 2018.

/s/ Nicole C. Leet
Nicole C. Leet
Georgia Bar No.: 133044
Attorney for Defendant QuikTrip
Corporation

EXHIBIT "A"

REPORT OF KARIM VELLANI



January 17, 2018


Nicole C. Leet, Attorney at Law
Gray, Rust, St. Amand, Moffett & Brieske, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326


      Re:    *Civil Action No. 17A64582; Yvette Adelle Sanders, Individually and as surviving parent, and Yvette Adelle Sanders, as Administratrix of The Estate of Andrew Thomas Spencer, deceased, Plaintiffs vs. QuikTrip Corporation, and BJS QT, LLC, Defendants; In the State Court of DeKalb County, State of Georgia*


Ms. Leet:

Please find attached my report in the above referenced matter.  I understand that discovery is on-going with additional deposition scheduled in late February 2018.  As such, I request permission to supplement this report upon review of those depositions and if any other discovery is made available.


Respectfully submitted,

Karim H. Vellani, CPP, CSC

## Table of Contents

**QUALIFICATIONS** ................................................................... 3

**MATERIALS REVIEWED** ......................................................... 4

**BACKGROUND** ...................................................................... 5

**CRIME ANALYSIS** ................................................................. 6

**SECURITY** ............................................................................ 11

**OPINION(S)** ......................................................................... 11

**PUBLICATONS (10 YEARS)** ................................................. 12

**TESTIMONIAL HISTORY (4 YEARS)** ..................................... 14

**COMPENSATION** ................................................................. 16

**APPENDIX A:  Curriculum Vitae of Karim Vellani** ............... 17

**APPENDIX B:  Forensic Methodology** ................................. 30



**QUALIFICATIONS**

Karim H. Vellani is the President of Threat Analysis Group, LLC, an independent security consulting firm.   Karim is Board Certified in Security Management (CPP), a Board Certified Security Consultant (CSC), has over 23 years of security management, crime analysis, and forensic security consulting experience, and has a Master's Degree in Criminal Justice Management.  He is the author of two books, Applied Crime Analysis and Strategic Security Management, and has contributed to a number of other security related books and journals.

As an independent security management consultant, Karim has been retained by Fortune 500 companies and government agencies.   He has extensive experience in risk management and security force protection and provides consultation on a regular basis at government, commercial, and residential facilities across the nation.  Karim has worked on projects ranging from data centers, hospitals and healthcare facilities, houses of worship, manufacturing facilities, financial institutions, retailer stores, shopping centers and malls, hotels and motels, office buildings, and residential housing (including Section 8).

For 11 years, Karim was responsible for managing the quality control/assurance function for United States Department of Homeland Security's (DHS) protection force at federal government buildings in 23 states including Mississippi, Alabama, West Virginia, California, Montana, North Dakota, South Dakota, Wyoming, Utah, Nevada, North Carolina, Tennessee, Arizona, Kentucky, Illinois, Washington, Idaho, Texas, Oklahoma, Florida, South Carolina, Rhode Island, and Massachusetts.

Karim specializes in crime analysis and security risk assessment and mitigation.  He developed a crime analysis methodology that utilizes the Federal Bureau of Investigation's (FBI) Uniform Crime Report coding system and a proprietary software application called CrimeAnalysisTM.  The software allows end users to identify specific threats, select appropriate countermeasures, and reduce their risk.  The methodology was published in Applied Crime Analysis.   Since developing the crime analysis methodology, Karim has assessed crime threats at thousands of facilities.  Karim has also developed a Security Risk Assessment Methodology for Healthcare Facilities and Hospitals.  In 2009, the International Association of Healthcare Security and Safety (IAHSS) published its Security Risk Assessment Guideline, which was authored by Karim at the request of IAHSS.   He is also a Technical Committee Member on the Risk Assessment Standard Development Committee for the American Society for Industrial Security - International (ASIS).

As an Adjunct Professor at the University of Houston - Downtown, Karim taught graduate courses in Security Management and Risk Analysis for the College of Criminal Justice's Security Management Program.  He has also trained Police and Security Officers in weapons and use of deadly force and profiling and assisted in the development of



maritime security training curriculum compliant with ISPS Code and the United States Coast Guard under the Maritime Transportation Security Act.  Annually, Karim instructs for the International Association of Professional Security Consultants and ASIS-International.

Karim is a member of the International Association for Healthcare Security & Safety (IAHSS), the International Association of Professional Security Consultants (IAPSC), ASIS-International, the American Society of Criminology (ASC), and the International Association of Crime Analysts (IACA).  He is a Past President of the IAPSC.


**MATERIALS REVIEWED**

In arriving at the opinions discussed in this report, I reviewed and/or relied upon the materials listed below:

1.  Pleadings (Petition/Complaints)
2.  Various Discovery (Rogs, RFP, RFA, etc.)
3.  QuikTrip Surveillance Video
4.  Chamblee Police Department Incident Reports (Bates 1 – 787)
5.  Chamblee Police Department Supplement Reports (Bates 1 – 36)
6.  Audio Files
7.  CAD Search Results for 4166 Buford
8.  Detail CAD Reports (Bates 1 – 19)
9.  CAD Incident Detail
10. Jansen and Bolling Statements
11. DeKalb County Police Department Crime Grid for 4050 Buford
12. DeKalb County Medical Examiner Report
13. News Articles
14. David Garcia-Mendoza Case Files
15. Jose Alvarez Case File (1-14)
16. Andrew Spencer Social Media Pages
17. Andrew Spencer Tax Records
18. Clora Funeral Home Invoice
19. Andrew Spencer Death Certificate
20. Photos of QuikTrip
21. Emails (QT 65 – 67) and (QT 36, QT 38 – 40)
22. Customer Activity Report (QT 41 – QT 51)
23. Repair Records
24. Site Plan (QT 52)
25. Time Cards (QT 53 – QT 64)
26. Crime Scene Photos
27. PD Dashcam Videos
28. Witness Interview Video



29. QuikTrip Customer Incident Report, Policies and Procedures, Store Security System Guide (QT 1 – QT 35 and QT 24a)
30. Amended Attachments
31. Plaintiff's Initial Disclosures
32. Defendant Disclosures
33. Chamblee PD Crime Data
34. DeKalb County PD Incident Reports
35. DeKalb County PD List of Crimes at 4050 Buford Hwy
36. 911 call Records
37. Exhibits 11-67
38. Deposition of Alex Chang
39. Deposition of Alex Cushenan
40. Deposition of Anthony Bolling
41. Deposition of Antonio Richmond Jr.
42. Deposition of Chris Bothwell
43. Deposition of Ernesto Ford
44. Deposition of Gaetano "Guy" Antinozzi
45. Deposition of Gregg Romero
46. Deposition of Quintin Heard
47. Deposition of Rhamses Reyes
48. Dresden East Civic Association Community Map
49. Chamblee Base Map
50. The Signal (City of Chamblee publication) dated January 2014

In addition, I inspected the Subject Property on the night of Thursday, October 12, 2017.


## BACKGROUND

The subject incident is the murder of Andrew Thomas Spencer (subject incident) which occurred at a QuikTrip located at 4050 Buford Hwy NE, Atlanta, GA 30345.  The subject incident occurred on Thursday, December 29, 2016 at approximately 3:24am.[1] [2]

According to the police report for this incident, the witness Mr. Quintin Heard stated he was coming out of the QuikTrip along with the victim when a male standing between a white and gray car started shooting toward them.  He stated he took off running toward the inside of the QuikTrip while the victim [Andrew Thomas Spencer] remained outside. Mr. Heard stated he heard approximately four to five shots when he was running inside.[3]

---

[1] Chamblee Police Department Incident Report 16-10989
[2] QuikTrip Surveillance Video
[3] Chamblee Police Department Incident Report 16-10989



A Chamblee Police Officer in marked patrol vehicle drove into the QuikTrip parking lot approximately eight seconds before the shooting.[4]  In addition, an unidentified uniformed police or security officer enters the QuikTrip approximately ten seconds before the perpetrator who shot Mr. Spencer.  The unidentified uniformed police or security officer exits the QuikTrip before the perpetrator and departs the QuikTrip parking lot approximately six minutes before the shooting.[5]


**CRIME ANALYSIS**

The subject property's crime risk was evaluated using four factors - similarity, frequency, recency, and proximity.  These factors were considered with additional guidance from industry accepted practices and government sources.

The International Association of Professional Security Consultants (IAPSC) Forensic Methodology[6] is a peer-reviewed and consensus-based guideline promulgated by a recognized security industry association.  The IAPSC Forensic Methodology addresses both time (**recency**) and distance (**proximity**) in assessing the crime impact at a property, specifically:

- Relevant crimes on the premises (three to five years prior to the date of the incident)

- Relevant crimes in the immediate vicinity of the facility (three to five years prior to the date of the incident) as defined by and deemed relevant by the security expert

The United States Department of Justice, specifically the Federal Bureau of Investigation and the Bureau of Justice Statistics, guide the assessment of crime **similarity** and **frequency**.  The Federal Bureau of Investigation (FBI) collects crime data and codifies them using the Uniform Crime Report (UCR) methodology.[7]  The UCR categories include violent crimes, property crimes, and Part 2 crimes.  In this instance where the crime in question is a murder, crimes of a similar nature include violent crimes and crimes against persons as defined by the Federal Bureau of Investigation.  Violent crimes, as defined by the Federal Bureau of Investigation, include murder, rape, robbery, and aggravated assault.  Crimes against persons include murder, rape, aggravated assault, and assault.

Property crimes are dissimilar to violent crimes.  Property crimes, as defined by the Federal Bureau of Investigation, include burglary, theft, auto theft, and arson.  Property crimes are not typically used to assess the risk of violent crime at a subject property.  Research has shown that property crimes escalate into violent crimes at a low rate.

---

[4] QuikTrip Surveillance Video
[5] QuikTrip Surveillance Video
[6] See Appendix B
[7] https://ucr.fbi.gov/ (accessed January 17, 2018)



Further, when assessing violent crime risk retrospectively, as is the case here, including property crimes is inappropriate if the objective is to assess **similar** crimes.  As a retrospective crime analysis, historical law enforcement data is utilized.  Any property crime which escalated into violence is counted as a violent crime.  Similarly, non-crimes (e.g. found person) and UCR Part 2 Crimes (e.g. criminal mischief) should not be included in the violent crime risk analysis.

When assessing the crime risk of a place, it is important to distinguish crimes which pose a threat to the general users of the place versus those that pose a risk to specific individuals.  The Bureau of Justice Statistics[8] defines two types of crime categories based on the relationship of the offender and victim:

- <u>"Stranger" (also known as "Stranger-Initiated")</u> is a classification of the victim's relationship to the offender for crimes involving direct contact between the two. Incidents are classified as involving strangers if the victim identifies the offender as a stranger, did not see or recognize the offender, or knew the offender only by sight. Crimes involving multiple offenders are classified as involving non-strangers if any of the offenders was a non-stranger. Since victims of theft without contact rarely see the offender, no distinction is made between strangers and non-strangers for the crime.

- <u>"Non-Stranger" (also known as "Interpersonal")</u> is a classification of a crime victim's relationship to the offender. An offender who is either related to, well known to, or casually acquainted with the victim is a non-stranger. For crimes with more than one offender, if any of the offenders are non-strangers, then the group of offenders as a whole is classified as non-stranger. This category only applies to crimes which involve contact between the victim and the offender; the distinction is not made for crimes of theft since victims of this offense rarely see the offenders.

When assessing **similarity** of crimes, only prior stranger violent crimes should be analyzed for purposes of identifying the general crime risk at a subject property. **Frequency** may be measured in different ways, including identification of crime patterns and calculations of crime rates:

- Crime Pattern - two or more incidents related by a common causal factor, usually to do with the offender, location, or target.  Patterns are usually, but not always, short term phenomena.[9]

---

[8] http://www.bjs.gov/index.cfm?ty=tp&tid=941 (accessed January 17, 2018)
[9] International Association of Crime Analysts (2009).  <u>Exploring Crime Analysis, Second Edition</u>. Overland Park:  International Association of Crime Analysts



- Crime Rate - the ratio of crimes in an area to the population of that area. Crime rates are typically expressed per 1,000 population per year. A crime rate provides context to a crime volume.[10]

Depending on the police jurisdiction that serves the subject property, different types of crime records may be available. The most common type of crime record used in a crime risk analysis is Calls for Service or dispatch logs. It is important to note that Calls for Service or dispatch log accuracy varies by jurisdiction. Further, changes to incident management and dispatch systems may also impact accuracy even within the same jurisdiction. When assessing crime risk, Calls for Service and dispatch logs should not be used alone. Offense/Incident Reports are necessary to validate the Calls for Service or dispatch logs, specifically the crime type, crime location, and whether a crime actually occurred. Calls for service or dispatch logs alone, in many jurisdictions, are insufficient for these three elements.[11]

Chamblee Police Department (CPD) and DeKalb County Police Department (DCPD) Incident Reports were used for this crime analysis. CPD and DCPD records for violent crimes and assaults for January 1, 2013 to December 28, 2016 (day prior to the subject incident) are summarized in the table below. **Stranger vs. Non-Stranger** violent crimes and assaults were distinguished using the Incident Reports. Where the victim-offender relationship for a particular violent crime and assault was not known, the crime was counted as a **Stranger** crime.[12] **Non-Stranger** crimes are more difficult to prevent than Stranger crimes and typical security measures are not often effective. Security programs are usually not designed to deter or prevent **Non-Stranger** crimes. The table includes counts for each violent crime (red) and assault (blue) and individual counts for Stranger **and** Non-Stranger[13] violent crimes and assaults.

| UCR Code | Uniform Crime Report (UCR) Name | Stranger | Non-Stranger | Total |
|----------|--------------------------------|----------|--------------|-------|
| 1 | Murder | 0 | 0 | 0 |
| 2 | Rape | 0 | 0 | 0 |
| 3 | Robbery | 0 | 0 | 0 |
| 4 | Aggravated Assault | 2 | 0 | 2 |
| 9 | Other Assaults | 3 | 2 | 5 |

---

[10] Vellani, Karim H. and Joel D. Nahoun (2001). Applied Crime Analysis. Woburn: Butterworth-Heinemann

[11] Vellani, Karim H. and Joel D. Nahoun (2001). Applied Crime Analysis. Woburn: Butterworth-Heinemann

[12] The complete Police Offense Report, including non-public sections, may indicate that some of these crimes were in fact Non-Stranger crimes

[13] Crimes were presumed to be "Stranger" unless clearly "Non-Stranger" based on the Offense Reports



In addition to the crimes listed in the table above, there was one additional unconfirmed incident during the relevant timeframe.[14]

The table below summarizes the details of the two **Stranger** violent crimes at the subject property.

| Report # | UCR Code | UCR Crime | Date | Time | Location | Comments |
|---|---|---|---|---|---|---|
| 14-02297 | 4 | Aggravated Assault | 4/6/2014 | 4:01 | Parking lot | Complainant advised she heard arguing in the parking lot, heard shots, then realized she'd been hit in the hand and vehicle window broken |
| 14-08852 | 4 | Aggravated Assault | 11/9/2014 | 3:48 | Outside | Report of shots fired, fleeing vehicles were stopped and searched and weapons found |

As seen in the table above, none of the **Stranger** violent crimes at the subject property resulted in major injuries. There is evidence that QuikTrip was aware of both incidents, though there is no evidence that QuikTrip was aware of the injuries in the April 6, 2014 incident.[15]  QuikTrip also has internal records indicating awareness of non-violent incidents at the subject property[16] and a kidnapping wherein the suspect and victim were in the parking lot.[17] The latter incident does not appear to have started or ended on QuikTrip property.

As seen in the graph below, there were no **Stranger** violent crimes at the subject property in more than 24 months prior to the subject incident.

---

[14] DeKalb County Police Department Records, Case Number 13-129592, Report of "fight shot fired" on December 1, 2013
[15] QuikTrip Security Alerts (Bates QT000039 and Bates QT000038)
[16] QuikTrip Security Alerts
[17] QuikTrip Panic Alarm Report (Bates QT000048)





The subject incident occurred on a Thursday at approximately 3:24am (0000-0359 time block).  The graphs below display the temporal pattern of **Stranger** violent crimes at the QuikTrip.







**SECURITY**

QuikTrip had extensive policies which address security, safety, security systems, accidents, alarm activation, and other related topics.  At the time of the subject incident, this QuikTrip had extensive video surveillance of the property with at least 13 cameras providing views inside and outside the store.  The QuikTrip was staffed with at least two employees on duty at the time of the subject incident.

Exterior lighting was measured at the time of the site inspection.  At that time, illumination at/near the gas pumps where the incident occurred measured at 7.0 foot-candles, exceeding industry guidelines[18] of 6.0 foot-candles.  Mr. Heard and Mr. Richmond, friends of Mr. Spencer's witnesses to the incident, stated that it was well lit outside the QuikTrip.[19] [20]

**OPINION(S)**

1.  A pattern of crimes, similar to the subject incident, did not exist at the QuikTrip.

2.  The subject property had a low risk of violent crime.

3.  There is no evidence in this matter that QuikTrip knew that the perpetrator was a danger to Mr. Spencer or other people on the property.

4.  The security posture of the QuikTrip was appropriate in light of the low crime risk.

    a.  Security Officers were not warranted at the subject property in light of the low crime risk, particularly on the day of week when this incident occurred.

    b.  The presence of uniformed Officers on the property is not a guarantee that crimes will be prevented.  This is exemplified by the Chamblee Police Officer in the QuikTrip parking lot at the time of the shooting and the unidentified uniformed police or security officer in the QuikTrip store at the same time as the perpetrator who shot Mr. Spencer.

5.  Security at the QuikTrip, or lack thereof, did not cause the subject incident.

---

[18] *Guideline for Security Lighting for People, Property, and Public Spaces* (IESNA G-1-03)
[19] Deposition of Quintin Heard, Page 44, Lines 10-11
[20] Deposition of Antonio Richmond, Jr., Page 30, Lines 5-8



**PUBLICATONS (10 YEARS)**

Vellani, Karim H. (2006).  "Strategic Security Management:  Risk Assessments in the Environment of Care."  Journal of Healthcare Protection Management, Volume 22, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2006).  Strategic Security Management:  A Risk Assessment Guide for Decision Makers.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2006).  "Crime Analysis" in John J. Fay's Encyclopedia of  Security Management: Techniques and Technology, 2nd Edition.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2007).  "The Gentle Art of Threat Assessment."  Journal of Healthcare Protection Management, Volume 23, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2007).  Foreword to Brian Gouin's Physical Security Consulting. Woburn:  Butterworth-Heinemann.

Vellani, Karim H. and Robert E. Owles (2007).  "Vulnerability and Risk Assessments in the Environment of Care."  Journal of Healthcare Protection Management, Volume 24, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2008).  "Threat Assessment in the Retail Environment" in Charles A. Sennewald and John H. Christman's Retail Crime, Security, and Loss Prevention:  An Encyclopedic Reference.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2008).  "The Uniform Crime Reporting System" in Charles A. Sennewald and John H. Christman's Retail Crime, Security, and Loss Prevention:  An Encyclopedic Reference.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2008).  "Data Driven Security."  Security Solutions Series, Threat Analysis Group, LLC.

Vellani, Karim H. (2009).  "Security Risk Assessments."  Healthcare Security:  Basic Industry Guidelines, January 2009, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2010).  "Crime Analysis:  Assessing Threats to Optimize Security." Threat Analysis Group, LLC.

Vellani, Karim H. (2010) "Crime Analysis for Problem Solving Security Professionals in



25 Small Steps."   Karim H. Vellani.   [Center for Problem Oriented Policing www.popcenter.org].

Vellani, Karim H. (2011).  "Statistics as a Security Management Tool" in Charles A. Sennewald's <u>Effective Security Management, 5th Edition</u>.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2011).  "Using Crime Analysis to Solve Problems in 15 Small Steps." Journal of Healthcare Protection Management, Volume 27, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H., Robert J. Emery, and Nathan Parker (2012).  "Staffing Benchmarks: How Many Security Officers are Enough?"   Journal of Healthcare Protection Management, Volume 28, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2012).  "The Need for Effective Consulting Websites" in Charles A. Sennewald's <u>Security Consulting, 4th Edition</u>.  Woburn:  Elsevier.

Vellani, Karim H. (2014).  "Reducing Violence in Healthcare Facilities."   Journal of Healthcare Protection Management, Volume 30, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2014).  "2014 Healthcare Crime Survey."   International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2015).  Foreword to Michael S. D'Angelo's <u>From Police to Security Professional: A Guide to a Successful Career Transition</u>.  Boca Raton:  CRC Press.

Vellani, Karim H., Robert J. Emery, and Jennifer M. Reingle Gonzalez (2015).  "A Data-Driven Model for Estimating Industry Average Numbers of Hospital Security Staff." Journal of Healthcare Protection Management, Volume 31, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2015).  "2015 Healthcare Crime Survey."   International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2015).  "Statistics as a Security Management Tool" in Charles A. Sennewald's <u>Effective Security Management, 6th Edition</u>.  Woburn:  Elsevier.

Vellani, Karim H. (2016).  "2016 Healthcare Crime Survey."   International Healthcare Security and Safety Foundation.



Vellani, Karim H. (2016).  "The Battle against Violence in U.S. Hospitals."  Journal of Healthcare Protection Management, Volume 32, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2017).  "2017 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2017).  "Violence Against Healthcare Workers:  Persistent Trends and Appropriate Responses."  Journal of Healthcare Protection Management, Volume 32, Number 2, International Association for Healthcare Security & Safety.

*Publication Pending:*

Vellani, Karim H. (2018).  Applied Crime Analysis, Second Edition.  Boca Raton, FL: CRC Press.

Vellani, Karim H. (2018).  Strategic Security Management:  A Risk Assessment Guide for Decision Makers, Second Edition.  Boca Raton, FL: CRC Press.


**TESTIMONIAL HISTORY (4 YEARS)**

Cause No. 2012-DCL-06098-A; Rodriguez v. SDP Hotel, LLC
District Court 107th Judicial District, Cameron County, TX
March 7, 2014

File No. 11EV012852B; Wyatt v. First Communities Management, Inc.
State Court of Fulton County, State of Georgia
June 3, 2014

Civil Action File No. 11EV013191B; Tijuana Shambry v. The Laramar Group
State Court of Fulton County
September 4, 2014

Civil Action #80722; Mitchell v. US Security Associates, Inc.
State Court of Bibb County
September 30, 2014

No. 2013-DCL-02461 Madrigal v. The Coca Cola Company, et al
District Court of Cameron County, Texas
12/11/14

Civil Action File No. 14EV002063F; JW v. Ninety-Nine, Investments, Inc.
State Court of Fulton County, State of Georgia



May 21, 2015

Civil Action File No. 14EV002336E; Brown v. Wesley Club, LLC
State Court of Fulton County, State of Georgia
October 19, 2015

Cause No. GN-13-004322; Young v. Greyhound Lines, Inc.
District Court, Travis County, Texas, 345th Judicial District
February 3, 2016

Civil File Action 14A52296E5; Alexis v. Riverstone Residential SE, LLC
State Court of Dekalb County, State of Georgia
March 3, 2016

C.A. No. PC11-6234; Main v. Citizens Financial Group, Inc.
State of Rhode Island
March 11, 2016

Civil Action No. 14A52002-2; Hassen v. Olde Plantation Apartments on Montreal, LLC
In the State Court of DeKalb County, State of Georgia
May 19, 2016

Civil Action No. 13-902875; Hollins v. Mobile Infirmary Association
Circuit Court of Mobile County, Alabama
July 29, 2016

No. CV2012-01469; James C. Dunajski, Plaintiff vs. Mohave Mental Health Clinic, Inc., an Arizona non-profit corporation, and Does I through X, inclusive, Defendants; In the Superior Court of the State of Arizona, County of Mohave
January 16, 2017

Cause No. DC-15-07174; Doe vs. Ripley Entertainment, Inc.; In the District Court, Dallas County, Texas, 44th Judicial District
February 9, 2017

No. CV2012-01469; James C. Dunajski, Plaintiff vs. Mohave Mental Health Clinic, Inc., an Arizona non-profit corporation, and Does I through X, inclusive, Defendants; In the Superior Court of the State of Arizona, County of Mohave
February 10, 2017 (Trial Testimony)

Civil Action No. 2015CV01818; Kayla Hairston, Plaintiff vs. First Communities Management, Inc., Centennial Chase Lake, LLC, and John Does Nos. 1-5, Defendants; In the State Court of Clayton County, State of Georgia
June 14, 2017



Civil Action File No. 15EV001501; Janice Qaraandin Watts, Individually and Henry Kimble, as Administrator of the Estate of Antoine Kimble, deceased, Plaintiff vs. John Hancock Life Insurance Company (USA), Risk Management Associates of Georgia, Inc., Kenneth Macauley, Riverstone Residential SE, LLC, and Greystar RS SE, LLC, Defendants; In the State Court of Fulton County, State of Georgia
June 21, 2017

Civil Action No. 16A-1608-6; Bintou Cham, as surviving spouse of Franklin Callens, and Aeysha Harris as Administrator of the estate of Franklin Callens, deceased, Plaintiffs vs. ECI Management Corp. and Cobb-Six Flags Associates, Ltd., Defendants; In the State Court of Cobb County, State of Georgia
August 24, 2017


**COMPENSATION**

At the time of this report, I been compensated $11,230 including travel expenses for the site inspection.  My time is billed at $500 per hour.



**--- End of Report ---**

**This report may be supplemented as additional discovery is made available and other case activity is completed.**



**APPENDIX A:  Curriculum Vitae of Karim Vellani**

**Professional Experience Summary**
Karim H. Vellani is the President of Threat Analysis Group, LLC, an independent security consulting firm.  Karim is Board Certified in Security Management (CPP), a Board Certified Security Consultant (CSC), has over 23 years of security management, crime analysis, and forensic security consulting experience, and has a Master's Degree in Criminal Justice Management.  He is the author of two books, <u>Applied Crime Analysis</u> and <u>Strategic Security Management</u>, and has contributed to a number of other security related books and journals.

As an independent security management consultant, Karim has been retained by Fortune 500 companies and government agencies.  He has extensive experience in risk management and security force protection and provides consultation on a regular basis at government, commercial, and residential facilities across the nation.  Karim has worked on projects ranging from data centers, hospitals and healthcare facilities, houses of worship, manufacturing facilities, financial institutions, retailer stores, shopping centers and malls, hotels and motels, office buildings, and residential housing (including Section 8).

For 11 years, Karim was responsible for managing the quality control/assurance function for United States Department of Homeland Security's (DHS) protection force at federal government buildings in 23 states including Mississippi, Alabama, West Virginia, California, Montana, North Dakota, South Dakota, Wyoming, Utah, Nevada, North Carolina, Tennessee, Arizona, Kentucky, Illinois, Washington, Idaho, Texas, Oklahoma, Florida, South Carolina, Rhode Island, and Massachusetts.

Karim specializes in crime analysis and security risk assessment and mitigation.  He developed a crime analysis methodology that utilizes the Federal Bureau of Investigation's (FBI) Uniform Crime Report coding system and a proprietary software application called CrimeAnalysis™.  The software allows end users to identify specific threats, select appropriate countermeasures, and reduce their risk.  The methodology was published in <u>Applied Crime Analysis</u>.  Since developing the crime analysis methodology, Karim has assessed crime threats at thousands of facilities. Karim has also developed a Security Risk Assessment Methodology for Healthcare Facilities and Hospitals.  In 2009, the International Association of Healthcare Security and Safety (IAHSS) published its *Security Risk Assessment* Guideline, which was authored by Karim at the request of IAHSS.  He is also a Technical Committee Member on the Risk Assessment Standard Development Committee for the American Society for Industrial Security - International (ASIS).

Karim also provides forensic security consulting services to insurance companies and the legal profession.  In this work, Karim provides litigation support to attorney's and serves as an expert witness in security related lawsuits.  As an Adjunct Professor at the University of Houston - Downtown, Karim taught graduate courses in Security Management and Risk Analysis for the



College of Criminal Justice's Security Management Program.  He has also trained Police and Security Officers in weapons and use of deadly force and profiling and assisted in the development of maritime security training curriculum compliant with ISPS Code and the United States Coast Guard under the Maritime Transportation Security Act.  Annually, Karim instructs for the International Association of Professional Security Consultants and ASIS-International.

Karim is a member of the International Association for Healthcare Security & Safety (IAHSS), the International Association of Professional Security Consultants (IAPSC), ASIS-International, the American Society of Criminology (ASC), and the International Association of Crime Analysts (IACA).  He is a Past President of the IAPSC.

**Current Employment**

*Threat Analysis Group, LLC*
President & Independent Security Consultant

- Provide project management services for security deployment, training, engineering and design, and assessments

- Provide security management consulting services including risk assessment methodology development and execution, threat assessments and crime analysis, vulnerability assessments and security surveys

- Provide forensic security consulting and litigation support

- Develop and maintain CrimeAnalysis™ services and software to determine threat level at client facilities

**Past Employment**

*University of Houston – Downtown*
Adjunct Professor

- Taught graduate courses in Security Management and Risk Analysis for the Security Management Master's Program at the University's College of Criminal Justice.

*Texas One Security*
Operations Manager



- Managed over one hundred security officers and approximately 1400 guard hours at seventeen (17) client sites

- Responsibilities included hiring and training, deployment and scheduling, and conducting performance evaluations for the company's security force

- Ensured that the officer's and the company complied with Texas Private Security Bureau rules and regulations.

*Operational Support Services, Inc.*
Law Enforcement Advisor/Security Consultant

- Provided security consulting services to police departments, private security companies, insurance companies, federal and state government agencies, and the legal profession

- Responsibilities included analyzing client's risk by conducting threat and vulnerability assessments

*North Harris College*
Instructor

- Trained Police and Security Officers in firearms use

- Trained Security Officers on laws, including deadly force and profiling

*Roehling Corporate International Investigations, Inc.*
Private Investigator

- Provided investigative services to the legal profession, insurance companies, and private corporations

- Served on search team for Oklahoma escaped convict Randolph Franklin Dial

**Certifications & Licenses**

Board Certified Security Consultant (CSC)
International Association of Professional Security Consultants (IAPSC)

Board Certified in Security Management (CPP)
American Society for Industrial Security - International (ASIS)



Licensed Security Consultant (License No. DD-00882)
Texas Private Security Bureau, Texas Department of Public Safety

Board Certified Protection Officer (CPO)
International Foundation for Protection Officers

Board Certified Police Firearms Instructor
National Rifle Association of America

**Education & Training**

Bachelor of Science, Criminal Justice (Law Enforcement), Sam Houston State University, August, 1994

Master of Science, Criminal Justice Management, Sam Houston State University, August, 1998

Instructors Course, Texas Commission on Law Enforcement Standards and Education

Certified Protection Officer Course, International Foundation for Protection Officers

Certified Protection Professional Course, American Society for Industrial Security – International

Concealed Handgun Instructor Course, Texas Department of Public Safety

Gang Crimes, Montgomery County Sheriff's Department

Level One Training, Texas Private Security Bureau

Personal Protection and Home Safety Instructor Course, National Rifle Association of America

Pistol, Rifle and Shotgun Instructor Course, National Rifle Association of America

Police Firearms Instructor Course, National Rifle Association of America

Identifying and Managing Risky Facilities, International Association of Professional Security Consultants

**Professional Affiliations**



American Society of Criminology (ASC)

American Society for Industrial Security - International (ASIS)

International Association of Crime Analysts (IACA)

International Association for Healthcare Security & Safety (IAHSS)

International Association of Professional Security Consultants (IAPSC)

**Accomplishments**

Member, Security Metrics/Data Task Force, 2016-2017
International Association of Healthcare Security and Safety

Chairman, Evidence Based Healthcare Security Research Committee, 2016-2017
International Association of Healthcare Security and Safety Foundation

Member, Board of Directors, 2016 – 2017
International Association of Healthcare Security and Safety Foundation

Technical Committee Member, Private Security Officer (ANSI Standard), 2015 - 2017
American Society for Industrial Security - International (ASIS)

Chairman, Evidence Based Healthcare Security Research Committee, 2015-2016
International Association of Healthcare Security and Safety Foundation

Member, Board of Directors, 2015 – 2016
International Association of Healthcare Security and Safety Foundation

Member, Board of Directors, 2013 - 2015
International Association of Professional Security Consultants (IAPSC)

Technical Committee Member, Risk Assessment (ANSI Standard), 2013 - 2016
American Society for Industrial Security - International (ASIS)

Member, Board of Directors, 2013 – 2014
International Healthcare Security and Safety Foundation



Member, Forensic Security Committee, 2004 – 2012
International Association of Professional Security Consultants (IAPSC)

Chairman, Council on Advocacy, 2011 - 2012
International Association for Healthcare Security & Safety (IAHSS)

Advisory Member, Security Lighting Guideline (G-1-11), 2011 - 2013
Illuminating Engineering Society of North America (IESNA)

Technical Committee Member, Private Security Company (ANSI Standard), 2012 - 2013
Maturity Model for the Phased Implementation of a Quality Assurance Management System for
Private Security Service Providers (PSC.3) Standard
American Society for Industrial Security - International (ASIS)

Technical Committee Member, Private Security Company (ANSI Standard), 2011 - 2012
Conformity Assessment and Auditing Management System for Quality of Private Security
Company Operations (PSC.2) Standard
American Society for Industrial Security - International (ASIS)

Technical Committee Member, Private Security Company (ANSI Standard), 2011 – 2012
Management System for Quality of Private Security Company Operations (PSC.1)
American Society for Industrial Security - International (ASIS)

Technical Committee Member, Physical Asset Protection (ANSI Standard), 2011 - 2012
American Society for Industrial Security - International (ASIS)

Member, Board of Directors, 2011 - 2012
International Association of Professional Security Consultants (IAPSC)

Immediate Past President, 2009 - 2011
International Association of Professional Security Consultants (IAPSC)

President, 2008 - 2009
International Association of Professional Security Consultants (IAPSC)

Vice President, 2007 - 2008
International Association of Professional Security Consultants (IAPSC)

Secretary, 2006 - 2007
International Association of Professional Security Consultants (IAPSC)



Member, Board of Directors, 2004 - 2006
International Association of Professional Security Consultants (IAPSC)

Chairman, Professional Certification Committee, 2004 - 2006
International Association of Professional Security Consultants (IAPSC)

Member, Private Security Services Council, 2005 – 2006
American Society for Industrial Security - International (ASIS)

Chairman, Certifications Committee, 2004 - 2006
American Society for Industrial Security - International (ASIS) - Houston Chapter

Chairman, By-Laws Committee, 2004
International Association of Professional Security Consultants (IAPSC)

Chairman, Certified Protection Professional Committee, 2002 - 2003
American Society for Industrial Security - International (ASIS) - Houston Chapter

Committee Member, Publications Committee, 2001 - 2002
International Association of Crime Analysts (IACA)


**Publications & Presentations**

Vellani, Karim H. (1998).  "Management Ideas for Preventing Crime:  *An Analysis of Liability, Site-Specific Crime Prevention, Crime Prevention Through Environmental Design, and Violence Escalation.*"  Sam Houston State University, Huntsville, Texas.

Vellani, Karim H. (1999).  "Crime Stoppers."  *Journal of Property Management*, Institute of Real Estate Management, September/October 1999.

Vellani, Karim H. (2000).  "Security + Service = Satisfaction: The Perks of Private Security."  *Journal of Property Management*, Institute of Real Estate Management, May/June 2000.

Vellani, Karim H. and Joel D. Nahoun (2001).  Applied Crime Analysis.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (March 29, 2000).  "Convenience Store Security."  Presented to Pakistan Association of Greater Houston (PAGH).



Vellani, Karim H. (2001).  "Don't Let Your Guard Down."  *Security Management*, American Society for Industrial Security, October 2001.  Edited extensively by *Security Management* editors.

Vellani, Karim H. (2001).  "Crime Analysis: The First Step in Creating an Effective Crime Prevention Program."  *47th Annual Seminar & Exhibit*, San Antonio, Texas, American Society for Industrial Security, October 1, 2001.

Vellani, Karim H. (2001).  "Rape Zones: Are Some Neighborhoods More Prone To Sexual Assault?"  KHOU 11, Houston, Texas.  Aired November 25, 2001.

Vellani, Karim H. (2002).  "Crime Analysis Literature: What We Have and Where We Are Going."  *Forecaster*, International Association of Crime Analysts, Spring 2002.

Vellani, Karim H. (2002).  "Risk Analysis" University of Houston - Downtown.  CJ 5360: Security and Crisis Management: Theories and Practices, April 8, 2002.

Vellani, Karim H. (2002).  "Crime Analysis in the Medical Environment."  Workplace Safety Seminar, School of Public Health, University of Texas Health Science Center, December 2, 2002.

Vellani, Karim H. (2002).  "Crime Analysis:  The First Step in Creating an Effective Crime Prevention Program."  Security Business Practices Reference, Volume 5, ASIS Council on Business Practices, ASIS International.

Vellani, Karim H. (2003).  "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 4th Edition.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. and Mark Batterson (2003).  "Security Solutions for Banks."  Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, Karim H. (2003).  "Security Solutions for Grocery Stores."  Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, Karim H. (2003).  "Security Solutions for Strip Shopping Centers."  Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, Karim H. (2004).  "Achieving Return on Investment from Crime Analysis."  Security Business Practices Reference, Volume 6, ASIS Council on Business Practices, ASIS International.

Vellani, Karim H. (2004).  "Boosting Performance and Morale."  Security Business Practices Reference, Volume 6, ASIS Council on Business Practices, ASIS International.



Vellani, Karim H. (2004). "Writing Effective Proposals" International Association of Professional Security Consultants. Newport Beach, CA, April 27, 2004.

Vellani, Karim H. (2004). "The Business Plan." *Successful Security Consulting* Seminar, International Association of Professional Security Consultants. Dallas, TX, September 25, 2004; Carefree, AZ, May 7, 2006; San Diego, CA, September 24, 2006.

Vellani, Karim H. and Charles A. Sennewald (2004). *Consultants as a Protection Resource*, Protection of Assets Manual. Alexandria: ASIS International.

Vellani, Karim H. (2004). "Crime and Foreseeability Analysis." *The Independent Security Consultant*. International Association of Professional Security Consultants. Fall, 2004.

Vellani, Karim H. (2005). "Crime and Foreseeability Analysis." *The Sentry*. American Society for Industrial Security - International: Houston Chapter. June, 2005.

Vellani, Karim H. (2005). "Certified Security Consultant." *Successful Security Consulting* Seminar, International Association of Professional Security Consultants. Orlando, FL, September 10, 2005.

Vellani, Karim H. (2006). "Strategic Security Management: Risk Assessments in the Environment of Care." Journal of Healthcare Protection Management, Volume 22, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2006). Strategic Security Management: A Risk Assessment Guide for Decision Makers. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2006). "Security Risk Assessments in the Environment of Care." International Association of Healthcare Security and Safety, Houston, Texas, May 21, 2010.

Vellani, Karim H. (2006). "Crime Analysis" in John J. Fay's Encyclopedia of Security Management: Techniques and Technology, 2nd Edition. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2007). "The Gentle Art of Threat Assessment." Journal of Healthcare Protection Management, Volume 23, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2007). Foreword to Brian Gouin's Physical Security Consulting. Woburn: Butterworth-Heinemann.



Vellani, Karim H. and Robert E. Owles (2007).   "Vulnerability and Risk Assessments in the Environment of Care."  Journal of Healthcare Protection Management, Volume 24, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2007).  "Security Risk Assessments."  Security 101 for Health and Safety Professionals, Southwest Center for Occupational & Environmental Health, School of Public Health, University of Texas, November 14, 2007.

Vellani, Karim H. (2008).  "Threat Assessment in the Retail Environment" in Charles A. Sennewald and John H. Christman's Retail Crime, Security, and Loss Prevention:  An Encyclopedic Reference. Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2008).   "The Uniform Crime Reporting System" in Charles A. Sennewald and John H. Christman's Retail Crime, Security, and Loss Prevention:  An Encyclopedic Reference. Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2008).  "Risk Assessments in the Environment of Care."  Wisconsin Healthcare Engineering Association, October 29, 2008.

Vellani, Karim H. (2008).  "Data Driven Security."  Security Solutions Series, Threat Analysis Group, LLC.

Vellani, Karim H. (2009).   "Security Risk Assessments."   Healthcare Security:  Basic Industry Guidelines, January 2009, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2009).   "The Business Plan and Successful Security Partnering" *Successful Security Consulting* Seminar, International Association of Professional Security Consultants and ASIS - International.  Anaheim, CA, September 20, 2009; Dallas, TX, October 11, 2010; Orlando, FL, September 18, 2011.

Vellani, Karim H. (2009).  "Security Risk Assessments."  Security 101 for Health and Safety Professionals, Southwest Center for Occupational & Environmental Health, School of Public Health, University of Texas, October 29, 2009.

Vellani, Karim H. (2010).  "Crime Analysis:  A Framework for Optimizing Security and Assessing Foreseeability."   26th Annual Conference, Savannah, Georgia, International Association of Professional Security Consultants, April 26, 2010.

Vellani, Karim H. (2010).   "Crime Analysis:   Optimizing Security in Healthcare Facilities." International Association of Healthcare Security and Safety, Houston, Texas, May 21, 2010.



Vellani, Karim H. (2010).  "Crime Analysis:  Assessing Threats to Optimize Security."  Threat Analysis Group, LLC.  Available via Amazon.com.

Vellani, Karim H. (2010) "Crime Analysis for Problem Solving Security Professionals in 25 Small Steps."  Karim H. Vellani.  [Center for Problem Oriented Policing www.popcenter.org].

Vellani, Karim H. (2010).  "Security Risk Assessments."  Texas Regional Conference, The Woodlands, Texas, International Association of Professional Security Consultants, September 15, 2010.

Vellani, Karim H. (2010).  "The Business Plan and Successful Security Partnering" *Successful Security Consulting* Seminar, International Association of Professional Security Consultants and ASIS - International.  Dallas, TX, October 11, 2010.

Vellani, Karim H. with Brian Gouin (2010).  "Security Risk Assessments in the Environment of Care."  American Society of Healthcare Risk Management, Tampa, FL, October 15, 2010.

Vellani, Karim H. (2011).  "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 5th Edition.  Woburn:  Butterworth-Heinemann.

Vellani, Karim H. (2011).  "Crime Analysis:  A Framework for Optimizing Security."  International Association of Healthcare Security and Safety, Toronto, Ontario, May 24, 2011.

Vellani, Karim H. (2011).  "Using Crime Analysis to Solve Problems in 15 Small Steps."  Journal of Healthcare Protection Management, Volume 27, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H., Robert J. Emery, and Nathan Parker (2012).  "Staffing Benchmarks:  How Many Security Officers are Enough?"  Journal of Healthcare Protection Management, Volume 28, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H., Norman Bates, and Steve Kaufer (2012).  "Security 2012 – The Latest Trends in Crime Analysis, Security Technology and Management Practices for Inadequate Security Litigators."  National Crime Victim Bar Association, New Orleans, LA, September 21, 2012.

Vellani, Karim H. (2012).  "Security Staffing:  Madness to Methods to Outcomes."  International Association of Healthcare Security and Safety, Houston, Texas, October 12, 2012.

Vellani, Karim H. (2012).  "The Need for Effective Consulting Websites" in Charles A. Sennewald's Security Consulting, 4th Edition.  Woburn:  Elsevier.



Vellani, Karim H. (2013).   "The Business Plan and Successful Security Partnering" *Successful Security Consulting* Seminar, International Association of Professional Security Consultants and ASIS - International.  Chicago, IL, September 23, 2013.

Vellani, Karim H. (2014).  "Reducing Violence in Healthcare Facilities."  Journal of Healthcare Protection Management, Volume 30, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2014).  "2014 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2014).   "2014 Healthcare Crime Survey."   International Association of Healthcare Security and Safety, San Diego, CA, May 20, 2014.

Vellani, Karim H. (2014).  "Reducing Violence in Healthcare Facilities."  International Association of Healthcare Security and Safety, Houston, Texas, July 19, 2014.

Vellani, Karim H. (2015).  Foreword to Michael S. D'Angelo's <u>From Police to Security Professional: A Guide to a Successful Career Transition</u>.  Boca Raton:  CRC Press.

Vellani, Karim H., Robert J. Emery, and Jennifer M. Reingle Gonzalez (2015).   "A Data-Driven Model for Estimating Industry Average Numbers of Hospital Security Staff." Journal of Healthcare Protection Management, Volume 31, Number 1, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2015).  "2015 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2015).   "2015 Healthcare Crime Survey."   International Association of Healthcare Security and Safety, St. Louis, MO, May 5, 2015.

Vellani, Karim H. (2015).   "Security Risk Assessments." Greater Houston Industrial Hygiene Council, Houston, TX, June 18, 2015.

Vellani, Karim H. (2015).   "Workplace Violence." Greater Houston Industrial Hygiene Council, Houston, TX, June 18, 2015.

Vellani, Karim H. (2015).  "Statistics as a Security Management Tool" in Charles A. Sennewald's <u>Effective Security Management, 6th Edition</u>.  Woburn:  Elsevier.



Vellani, Karim H. (2015).  "Arming Security Officers" (Panelist).  International Association of Healthcare Security and Safety, Houston, Texas, November 13, 2015.

Vellani, Karim H. (2016).  "2016 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2016).  "The Battle against Violence in U.S. Hospitals."  Journal of Healthcare Protection Management, Volume 32, Number 2, International Association for Healthcare Security & Safety.

Vellani, Karim H. (2017).  "2017 Healthcare Crime Survey."  International Healthcare Security and Safety Foundation.

Vellani, Karim H. (2017).  "Violence Against Healthcare Workers:  Persistent Trends and Appropriate Responses."  Journal of Healthcare Protection Management, Volume 32, Number 2, International Association for Healthcare Security & Safety.

*Publication Pending:*

Vellani, Karim H. (2018).  Applied Crime Analysis, Second Edition.  Boca Raton, FL: CRC Press.

Vellani, Karim H. (2018).  Strategic Security Management:  A Risk Assessment Guide for Decision Makers, Second Edition.  Boca Raton, FL: CRC Press.



**APPENDIX B:  Forensic Methodology**





Best Practices

# FORENSIC METHODOLOGY

# Table of Contents

Position Statement ......................................2

Evidence Review—The Process ................3

Risk Assessment..........................................3

Threat Assessment......................................3

Vulnerability Assessment/Security Survey...4

Analysis and Opinions ...............................5

Bibliography/References ............................6

Best Practice Committee Members.............7

Cases Citing Methodology .........................7

Document Revision History ........................7

The International Association of Professional Security Consultants has issued this consensus-based and peer-reviewed Best Practice for the guidance of and voluntary use by businesses and individuals who deal or may deal with the issues addressed in the context of third-party premises security litigation.

## POSITION STATEMENT

The International Association of Professional Security Consultants does hereby recognize that its members will be called upon to perform as "Forensic Consultants" and serve as Expert Witnesses in a court of law or other legal proceeding. The purpose of these guidelines is to meet the need for a standardized methodology used in the evaluation of premises security cases.

It is recognized that the task of the Forensic Consultant is one of education. Forensic Consultants will provide their opinion(s) to the client, to opposing counsel during deposition, in response to written interrogatories, in reports, and to the judge and jury at trial or any other lawfully convened hearing. This is done with the goal of making others aware of the security issues and contributing to a just and proper conclusion of the litigation.

The responsibility of the Forensic Consultant lies within our system of justice and the ethics of the security profession. The opinions so offered are made as an objective expert witness/consultant, without any financial or other interest in the outcome of the litigation.

Forensic Consultants will, at all times, be forthright, honest and precise in evolving the ultimate conclusion(s) and opinion(s). The opinion(s) will be the result of a review of all available documentation and discovery material presented by all parties to the litigation. Site inspections and analytical procedures generally followed by the "Forensic Consultant" are described in these guidelines.

The following methodology is to be used in a typical premises security case. The Forensic Consultant is expected to exercise diligence in requesting and/or obtaining information that the Consultant reasonably believes is relevant to the facts and circumstances of the case. *It is reasonable to expect variations of the steps, with some steps deleted and others added as the facts and circumstances of the case being analyzed warrant.*

# EVIDENCE REVIEW— THE PROCESS

In the context of these Guidelines, the Forensic Consultant will review and analyze various information, whether produced during the discovery process of the litigation or otherwise obtained through research, common knowledge, investigation, and/or other legal means which allows the Consultant to identify factors leading to an understanding of the crime risks present at the time of the criminal event.

Types of evidence generally available to the Forensic Consultant include, but are not limited to, the following:

1. Complaint/Petition

2. Police Report

3. Site and Immediate Vicinity Crime History

4. Interrogatories and Responses

5. Requests for Production of Documents and Responses

6. Requests for Admissions and Responses

7. Affidavits, Witness Statements and Interviews

8. Depositions

9. Expert Witness Reports

10. Medical Records Relating to the Facts of the Case

11. Photographs, Video and Audio Recordings, etc.

12. Other Related Evidence

# RISK ASSESSMENT

A risk assessment is the general process of identifying and prioritizing risks. It is a qualitative, quantitative, or hybrid assessment that seeks to determine the likelihood that criminals will successfully exploit a vulnerability or compromise a security countermeasure.

There are two main components to a risk assessment: a threat assessment and a vulnerability assessment. The threat assessment is an evaluation of the various sources for crime threats. The vulnerability assessment, which includes a security survey, is an analysis of the weaknesses in a security program.

The security survey, along with documented evidence, is the means by which security measures utilized and/or available at the facility at the time of the incident leading to the incident that is the subject of the litigation, are identified and analyzed.

A risk assessment provides the foundation for effectively implementing countermeasures.

# THREAT ASSESSMENT

A threat assessment is an evaluation of events that can adversely affect operations and/or specific assets. Historical information is a primary source for threat assessments, including past criminal and terrorist events. A comprehensive threat assessment considers actual, inherent, and potential threats.

1. Actual Threats

   a. The crime history against an asset or at a facility where the asset is located. Actual threats are a quantitative element of a threat assessment.

b. Relevant crimes on the premises (three to five years prior to the date of the incident)

c. Relevant crimes in the immediate vicinity of the facility (three to five years prior to the date of the incident) as defined by and deemed relevant by the security expert

2. Inherent Threats

Threats that exist by virtue of the inherent nature or characteristics of the facility or nature of the operation. For example, certain types of facilities or assets may be a crime magnet or prone to loss, damage or destruction (e.g., assaults among patrons in nightclubs, infant abductions from hospital nurseries, etc.).

3. Potential Threats

Threats that exist by virtue of vulnerabilities around the asset or weaknesses in the security program which produce opportunities for crime to occur.

# VULNERABILITY ASSESSMENT/ SECURITY SURVEY

The vulnerability assessment is an analysis of security weaknesses and opportunities for criminal activity. A security survey is the fundamental tool for collecting information used in the vulnerability assessment.

A security survey is a physical survey of the scene of the incident and areas/functions that are applicable to the incident to achieve a meaningful understanding of information that has potential application to the matter in litigation.

1. Incident Review

a. Police incident and investigation report

b. Proprietary incident report

c. Medical records (emergency room and/or autopsy as it relates to information about the occurrence of the incident)

d. Other sources of information about how the incident occurred

2. Site Inspection

Inspect site where the incident occurred and the surrounding relevant area. _(Note: Not all cases will require site inspections, nor is it always possible to conduct site views—e.g., if the site has been altered substantially or no longer exists.) Further, the facts of some cases and potential liability issues are not related to the site/property layout, design, or other physical attributes. As such, a site inspection may be unnecessary._

a. Determine layout of the premises

b. Evaluate relevant factors (lighting, lines of sight, places of concealment, remoteness, accessibility, security measures, conditions, etc.)

c. If and when appropriate and as allowed by local rules of evidence, interview those with knowledge of the incident and/or the premises/ surrounding area (this is often covered in depositions, police interviews and private investigators' investigations)

d. Review relevant documentation (lease, contract, diagram, map, etc.)

e. Assess the characteristics of the surrounding area

3. Security Personnel

   a. Review security officers' actions, staffing levels, post orders, duty hours, equipment provided, tours, evaluations, training, hiring procedures and supervision

   b. Review law enforcement presence and actions (e.g., on-duty, police details, etc.)

   c. Review roles and actions of non-security-related persons who may have participated in the security program and/or incident

   d. Assess the qualifications and performance of owner/management personnel overseeing the security program

4. Security Program

   a. Review security-related policies and procedures

   b. Review risk assessments performed prior to the date of the incident

   c. Review daily activity reports, job descriptions, incident reports and internal correspondence

   d. Review security services contract

   e. Review security manuals

   f. Review training manuals and materials

   g. Interview parties and/or review depositions regarding employees' understanding of their duties, and all customs and undocumented practices

h. Review changes to security prior to the incident

i. Evaluate the qualifications and experience of security management and supervisory personnel

5. Security Equipment

   a. Review building design and site plans

   b. Inspect all security devices related to the incident

   c. Inspect all structural security features

   d. Determine the position, function and maintenance status of the relevant security equipment and features

   e. Determine levels of illumination, if relevant

## ANALYSIS AND OPINIONS

The security expert will determine the level of adequacy of security at the location of the incident on the date and at the time the incident occurred. This will be based on the information obtained in the previous steps, and the application of a qualitative analysis based on experience, education and training.

Based upon the analysis, the expert will reach conclusions on the issues of foreseeability, preventability and causation (i.e., terms as used in the security profession). At this point the expert has formed opinions and is prepared to provide a written report, be deposed and/or testify at trial. Those opinions will state the detailed bases for the findings, including evidence, standards, best practices and guidelines, where applicable.

# BIBLIOGRAPHY/REFERENCES

The process of evaluating the risk of crime at a specific location or geographical area is widely recognized and has been adopted nationwide by private industry, public law enforcement, municipalities, and other governmental agencies. The following published sources reference the process used to perform a crime risk analysis. *This is not all-inclusive, but a representative sampling of available references.*

This bibliography is not to be construed in any way as an endorsement by the International Association of Professional Security Consultants of the publications or the respective authors.

ASIS International (2003). *General Security Risk Assessment Guideline*. Alexandria, VA.

Bates, Norman D. (1997). "Foreseeability of Crime and Adequacy of Security," Accident Prevention Manual for Business & Industry, Security Management, National Safety Council.

Broder, James F. (2006). *Risk Analysis and the Security Survey*, Boston, MA: Butterworth-Heinemann.

Crowe, Timothy D. (2000). *Crime Prevention Through Environmental Design*, National Crime Prevention Institute, Boston, MA: Butterworth-Heinemann.

Department of the Navy, Naval Facilities Engineering Command, (1983). *Physical Security Design Manual 13.1*, Washington, DC: Government Printing Office.

Eck, John E. and Weisburd, David (1995). Crime and Place. Monsey, NY: Criminal Justice Press (Police Executive Research Forum).

Gottlieb, Stephen, Sheldon Arenberg, and Raj Singh (1998). Crime Analysis: From First Report to Final Arrest. Montclair, CA: Alpha Publishing.

International Association of Crime Analysts (2004). Exploring Crime Analysis. Overland Park, KS: International Association of Crime Analysts.

Miethe, Terance D. and Richard McCorkle (1998). Crime Profiles: The Anatomy of Dangerous Persons, Places, and Situations. Los Angeles: Roxbury Publishing Company.

National Crime Prevention Institute (2001). *Understanding Crime Prevention*, Boston, MA: Butterworth-Heinemann.

*"Premises Security Experts and Admissibility Considerations Under Daubert and Kumho: A Revised Standard,"* Norman D. Bates and Danielle A. Frank, Suffolk Journal of Trial and Appellate Advocacy, June 2010

U.S. Army Corps of Engineers (1990). *Security Engineering Manual*, Missouri River Division/Omaha District.

U.S. Department of Justice, Federal Bureau of Investigation, *"UCR: Uniform Crime Reporting Handbook"* Revised 2004, U.S. Government Printing Office, Washington, DC.

U.S. Department of Justice (1995). *Vulnerability Assessment of Federal Facilities*, Washington, DC: Government Printing Office

Sennewald, Charles A. (2003). Effective Security Management. 4th Edition. Woburn: Butterworth-Heinemann.

Vellani, Karim H. (2006). Strategic Security Management: A Risk Assessment Guide for Decision Makers. Woburn: Butterworth-Heinemann.

# BEST PRACTICE COMMITTEE MEMBERS

Norman D. Bates, Esq.
Liability Consultants, Inc.
Committee Chair

John Case, CPP
John Case & Associates

James H. Clark, CPP
Clark Security Group, LLC

Lance Foster, CPP, CSC
Security Associates, Inc.

William A. Hawthorne, CPP, CSC
William A. Hawthorne Associates, Inc.

Steve Kaufer, CPP, CSC
Inter/Action Associates, Inc.

Robert Shellow, Ph.D, CSC; Fellow, APA
IMAR Corporation

Ira S. Somerson, BCFE, CPP, CSC
Loss Management Consultants, Inc.

Karim Vellani, CPP, CSC
Threat Analysis Group, LLC

Ralph W. Witherspoon, CPP, CSC
Witherspoon Security Consulting

Alan W. Zajic, CPP, CSP
AWZ Consulting

# CASES CITING METHODOLOGY

Childress v Kentucky Oaks Mall, 2007 WL 2772299 (W.D. KY) 2007

Reinaldo Robles Del Valle, et al v Vornado Realty Trust, 06-1818 US Dist. Crt., Puerto Rico, 2009

# DOCUMENT REVISION HISTORY

Initial Release: June 2000 approved by the IAPSC membership in attendance at the annual meeting.

Revised: May 2, 2005 with approval by the IAPSC membership in attendance at the annual meeting.

Revised: November 2008 with approval of the Board of Directors

Revised: November 2011 by Forensic Security Committee—minor formatting changes and addition of "Premises Security Experts…" article to bibliography.

Revised: April 28, 2014 with approval of IAPSC Forensic Security Committee—addition of language to Actual Crime section: "Relevant crimes in the immediate vicinity of the facility (three to five years prior to the date of the incident) *as defined by and deemed relevant by the security expert.*"

*Founded in 1984, the International Association of Professional Security Consultants (IAPSC) is a widely recognized and respected association committed to establishing and maintaining the highest standards for security consultants in the industry. IAPSC members are independent, non-product affiliated consultants who are required to meet strict educational, experience, and practice requirements, ensuring that they uphold the IAPSC code for professionalism and ethical conduct. For more information, to find an IAPSC security consultant, or to become a member of the association, visit www.iapsc.org.*