IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YVETTE ADELLE SANDERS, Individually and as surviving parent, and YVETTE ADELLE SANDERS, as Administratrix of The Estate of ANDREW THOMAS SPENCER, deceased, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: 1:17-cv-02341-WSD |
| v. | ) ) ) | |
| QUIKTRIP CORPORATION | ) ) | |
| Defendant. | ) | |

## NOTICE TO TAKE 30(b)(6) DEPOSITION

TO: Michael J. Rust, Esq.
Nicole C. Leet, Esq.
Gray, Rust, St. Amand, Moffett & Brieske L.L.P.
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326

PLEASE TAKE NOTICE, pursuant to Fed.R.Civ.P. 30(b)(6), that beginning at 2:00 pm on February 21, 2018, at the offices of Professional Reporters, 20 E. Fifth St., Suite 720, Tulsa, OK 74103, and continuing from hour to hour and day to day until adjourned, counsel for Plaintiff shall proceed to take the deposition of a designated representative from Defendant QuikTrip Corporation upon oral examination before an officer authorized by law to administer oaths and to take

depositions. The deposition will be videotaped. The deposition will be taken for purposes of discovery and any and all purposes allowable by law and will continue day to day until completed. Said representative should have knowledge of the following:

1.

QuikTrip's policies, procedures, and practices concerning physical security, loitering, verbal and physical fights or altercations, crime deterrent, and crime in QuikTrip stores or parking lots in effect on December 29, 2016. This includes any training provided to QuikTrip employees regarding these matters.

2.

QuikTrip's policies, procedures, and practices concerning its efforts, if any, to evaluate the security needs for the subject premises, the risk of criminal activity to customers, crimes occurring on the premises, and the crime and the security risks in the 0.5 miles surrounding the subject premises between January 1, 2012 and December 29, 2016.

3.

QuikTrip's decision to employ armed security guards on particular nights and during particular hours at the subject premises, including but not limited to when security guards were first used on the premises, the length of time and dates said security guards were employed to be on the premises, whether the deployment

schedule for security guards has ever been altered, any and all security companies and/or police forces that have been used as security, the reason(s) for having security guards, and the identity of the decision-makers who aided in making those determinations.

4.

QuikTrip's decision not to employ a security guard at the subject premises on December 29, 2016.

5.

Whether QuikTrip's employees' actions on December 29, 2016 and relating to the subject incident conformed with QuikTrip's policies, procedures, and rules including but not limited to those concerning safety, security, crime, crime deterrent, monitoring the parking lot and interior of the store, and utilizing panic buttons.

6.

QuikTrip's knowledge of crimes occurring on the subject premises and in the 0.5 miles surrounding the subject QuikTrip between January 1, 2012 and December 29, 2016.

7.

QuikTrip's customer activity report from 04/30/15 through 12/31/16, including why the report contains no information before 04/30/15, the contents of

the report, and QuikTrip's knowledge of each occurrence identified on the report.

8.

Any and all complaints, recommendations, or requests relating to security, security measures, crime, and/or crime deterrents at the subject QuikTrip between January 1, 2012 and December 29, 2016. This includes but is not limited to complaints relating to physical safety and requests to implement additional security measures on the premises.

9.

Brian Reid's role on the premises on December 29, 2016, including but not limited to whether he should have been equipped with a button belt alarm, he had any role in monitoring the interior or exterior of the subject QuikTrip, and he had any role in store security or crime deterrence.

10.

Whether any changes to security at the subject QuikTrip have been implemented or proposed as a result of a criminal occurrence on the premises or in the 0.5 miles surrounding the subject premises between January 1, 2012 and December 29, 2016. This includes what changes were made or proposed, why the change that was made or proposed, and the persons involved in making or proposing the change.

## Notice to Produce at Deposition

You are further commanded to bring with you at the time and place of the deposition the following material which is within your possession, custody, or control:

1.

All documents, records, emails, correspondence, videos, photographs and/or other records or items of any kind related to the above-stated topics that have not been previously produced by QuikTrip.

2.

All documents, records, emails, correspondence, videos, photographs and/or other records or items of any kind that you reviewed in preparation to answer questions about the above-stated topics.

This 19th day of February, 2018.

Respectfully submitted,

**LAW & MORAN**

/s/ Elizabeth A. Rose
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Elizabeth A. Rose
Georgia Bar No. 940275
Attorneys for Plaintiffs

563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Notice to Take 30(b)(6) Deposition*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above mentioned pleading was prepared using Times New Roman font of 14 point size.

    Respectfully submitted,

    **LAW & MORAN**

    /s/ Elizabeth A. Rose
    Elizabeth A. Rose
    Georgia Bar No. 940275
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YVETTE ADELLE SANDERS, Individually and as surviving parent, and YVETTE ADELLE SANDERS, as Administratrix of The Estate of ANDREW THOMAS SPENCER, deceased, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: 1:17-cv-02341-WSD |
| v. | ) ) | |
| QUIKTRIP CORPORATION, and BJS QT, LLC | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Notice to Take 30(b)(6) Deposition* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

    Michael J. Rust
    Nicole C. Leet
    Gray, Rust, St. Amand, Moffett & Brieske L.L.P.
    1700 Atlanta Plaza
    950 East Paces Ferry Road
    Atlanta, Georgia 30326

This 19th day of February, 2018.

**[signature on following page]**

Respectfully submitted,

**LAW & MORAN**

/s/ Elizabeth A. Rose
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Elizabeth A. Rose
Georgia Bar No. 940275
Attorneys for Plaintiffs

563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700