# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| YVETTE ADELLE SANDERS, INDIVIDUALLY AND AS SURVIVING PARENT, AND YVETTE ADELLE SANDERS, AS ADMINISTRATRIX OF THE ESTATE OF ANDREW THOMAS SPENCER, DECEASED, <br><br> Plaintiffs, <br><br> v. <br><br> QUIKTRIP CORPORATION, <br><br> Defendant. | Case No. <br> 1:17-CV-02341-WSD |

## DEFENDANT QUIKTRIP CORPORATION'S REBUTTAL EXPERT DISCLOSURE AND NOTICE OF FILING

COMES NOW Defendant QuikTrip Corporation, by and through counsel, and pursuant to Fed. R. Civ. P. 26, identifies and discloses Karim Vellani as a rebuttal expert witness in this case to provide testimony at trial on behalf of Defendant. The written report of this expert is attached hereto as Exhibit "A."

This 16th day of March, 2018.

Respectfully submitted,

/s/ Nicole C. Leet

                                            Michael J. Rust
                                            Georgia Bar No. 621257
                                            Nicole C. Leet
                                            Georgia Bar No.: 133044
                                            Attorneys for Defendant
                                            QuikTrip Corporation

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7434 (Leet)
404-870-7374 fax
E-mail:     mrust@grsmb.com
               nleet@grsmb.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| YVETTE ADELLE SANDERS, INDIVIDUALLY AND AS SURVIVING PARENT, AND YVETTE ADELLE SANDERS, AS ADMINISTRATRIX OF THE ESTATE OF ANDREW THOMAS SPENCER, DECEASED, ) ) ) ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO.: 1:17-CV-02341-WSD |
| vs. ) ) | |
| QUIKTRIP CORPORATION, ) ) ) ) | |
| Defendant. ) ) | |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

Submitted this 16th day of March, 2018.

/s/Nicole C. Leet
Nicole C. Leet
Georgia Bar No. 13304
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| YVETTE ADELLE SANDERS, INDIVIDUALLY AND AS SURVIVING PARENT, AND YVETTE ADELLE SANDERS, AS ADMINISTRATRIX OF THE ESTATE OF ANDREW THOMAS SPENCER, DECEASED,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>QUIKTRIP CORPORATION,<br><br>　　　　Defendant. | Case No.<br>1:17-CV-02341-WSD |

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, copies of Defendant's Rebuttal Expert Disclosure were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Peter A. Law<br>
E. Michael Moran<br>
Elizabeth A. Rose<br>
Law & Moran<br>
563 Spring Street, NW<br>
Atlanta, GA 30308

This 16th day of March, 2018.

/s/ Nicole C. Leet
Nicole C. Leet
Georgia Bar No.: 133044
Attorney for Defendant QuikTrip Corporation