# EXHIBIT "A"

# KARIM VELLANI'S REBUTTAL TO JOHN C. VILLINES' AMENDED REPORT



March 16, 2018

Nicole C. Leet, Attorney at Law
Gray, Rust, St. Amand, Moffett & Brieske, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

      Re:    *Civil Action No. 17A64582; Yvette Adelle Sanders, Individually and as surviving parent, and Yvette Adelle Sanders, as Administratrix of The Estate of Andrew Thomas Spencer, deceased, Plaintiffs vs. QuikTrip Corporation, and BJS QT, LLC, Defendants; In the State Court of DeKalb County, State of Georgia*

Ms. Leet:

Please find attached my **rebuttal report** in the above referenced matter.

Respectfully submitted,

*[signature]*

Karim H. Vellani, CPP, CSC

*Sanders v. QuikTrip*
*Rebuttal to John C. Villines Amended Report of 3/1/18*

## Table of Contents

**JOHN C. VILLINES OPINIONS AND OPINION SUPPORT** ........................................... 3

**CAPABLE GUARDIAN** ................................................................................................ 3

**EFFICACY OF SECURITY OFFICERS IN PREVENTING VIOLENT CRIME** ................ 3

**EFFICACY OF POLICE OFFICERS IN PREVENTING VIOLENT CRIME** ..................... 4



*Sanders v. QuikTrip*
*Rebuttal to John C. Villines Amended Report of 3/1/18*

**JOHN C. VILLINES OPINIONS AND OPINION SUPPORT**

Plaintiff's expert John C. Villines opined in his Report of January 17, 2018 as follows:

> *The presence of an appropriately trained and deployed capable guardian in the exterior common areas of the subject QuikTrip on Thursday, December 29, 2016 in the hour of 3:00 a.m. would, more likely than not, have deterred or prevented the murder of Andrew Spencer.*

Mr. Villines in his Amended Report of March 1, 2018 adds the following commentary:

> *In summation, the empirical criminological research is consistent and clear that the presence of security officers, and the presence of police officers, in areas where there is an assessed, increased likelihood of criminal activity, reduces the criminal activity in that targeted area. The efficacy of that deployment can likely be increased through a holistic approach that builds on intelligence-led practices, effective engagement with the community, a problem-oriented approach, and limiting patrol to a functionally manageable area.*

**CAPABLE GUARDIAN**

A capable guardian, according to Criminologists Ronald V. Clarke and John Eck, is *usually people protecting themselves, their own belongings or those of family members, friends, and co-workers. Guardians also include public police and private security*.[1]

Mr. Villines use of the capable guardian concept is incorrectly limited to security officers and police officers.

**EFFICACY OF SECURITY OFFICERS IN PREVENTING VIOLENT CRIME**

In 2010 and 2017, the International Association of Professional Security Consultants (IAPSC) commissioned literature searches by the librarian at the Rutgers School of Criminal Justice. The scope of the literature searches was for all research studies regarding police and security officer capabilities for preventing violent crime in the United States. Based on the literature search, there were no research studies regarding armed or unarmed security officers capabilities for preventing violent crime.

---

[1] Clarke, R. V. G., Eck, J. E., & United States. (2005). Crime analysis for problem solvers in 60 small steps. Washington, D.C.: U.S. Dept. of Justice, Office of Community Oriented Policing Services. http://www.popcenter.org/learning/60steps/index.cfm?stepNum=8



Page 3

Mr. Villines opinion that "the presence of security officers….in areas where there is an assessed, increased likelihood of criminal activity, reduces the criminal activity in that targeted area" is not supported by the literature.

**EFFICACY OF POLICE OFFICERS IN PREVENTING VIOLENT CRIME**

The literature searches commissioned by the IAPSC identified nine studies which addressed Police (e.g. foot patrols, directed/saturation patrols, Problem Oriented Policing, COMPSTAT) effectiveness on preventing violent crime. Key findings from the nine police-related studies include:

- Proactive policing <u>does not decrease shootings</u>[2]

- Increasing police has <u>very small effect on violent crime</u>[3]

- COMPSTAT (an intelligence-based policing concept) is <u>less effective on violent crimes</u> relative to property crimes[4]

- Police foot patrol and Problem Oriented Policing[5] <u>did not result in reductions in violent crime</u> relative to controls[6]

---

[2] Wells, W.; Wu, L. (2011). "Proactive Policing Effects on Repeat and Near-Repeat Shootings in Houston." Police Quarterly, 14(3):298-319.

[3] Carriaga, M.L.; Worrall, J.L. (2015). "Police Levels and Crime: A Systematic Review and Meta-Analysis." Police Journal: Theory, Practice and Principles, 88(4):315-333.

[4] McElvain, J.P.; Kposova, A.J.; Gray, B.C. (2012). "Testing a Crime Control Model: Does Strategic and Directed Deployment of Police Officers Lead to Lower Crime?" Journal of Criminology, 2013: 1-11.

[5] Problem-oriented policing is an approach to policing in which discrete pieces of police business (each consisting of a cluster of similar incidents, whether crime or acts of disorder, that the police are expected to handle) are subject to microscopic examination (drawing on the especially honed skills of crime analysts and the accumulated experience of operating field personnel) in hopes that what is freshly learned about each problem will lead to discovering a new and more effective strategy for dealing with it. Problem-oriented policing places a high value on new responses that are preventive in nature, that are not dependent on the use of the criminal justice system, and that engage other public agencies, the community and the private sector when their involvement has the potential for significantly contributing to the reduction of the problem. (http://www.popcenter.org/about/?p=whatiscpop) See also http://www.popcenter.org/about/?p=elements

[6] Groff, E.R.; Ratcliffe, J.H.; Haberman, C.P.; Sorg, E.T.; Joyce, N.M.; Taylor, R.B. (2015). "Does What Police Do at Hot Spots Matter? The Philadelphia Policing Tactics Experiment." Criminology, 53(1):23-53.



- Police foot patrols <u>decrease violent crime, but decay quickly</u>[7]

- <u>Problem Oriented Policing was associated with a 33% reduction in street violence</u> during the 90-day post-period.  <u>No crime reductions for the saturation/directed patrol group</u>.[8]

- Directed Patrol (possibly due to certainty of arrests and occupied vehicle checks) caused a sizable <u>Nondomestic Firearm Assault decrease</u>, but had <u>no impact on Firearm Robbery</u>[9]

- Police foot patrols <u>reduce violent crime</u>[10]

- The SST program (using Problem Oriented Policing concepts) was associated with a statistically significant <u>reduction in violent index crimes at the treatment places</u> relative to the comparison places[11]

Mr. Villines opinion that "the presence of police officers, in areas where there is an assessed, increased likelihood of criminal activity, reduces the criminal activity in that targeted area" is not supported by the literature.  As indicated by the key findings above, Mr. Villines is incorrect in his assertion that "…the empirical criminological research is consistent and clear" on this issue.

One of the nine studies addressed *decay*, that is, diminishing returns after treatment is implemented.  The finding from this study was that the <u>deterrent effect quickly decayed</u>. More specifically, crime reduction was greatest after the initial implementation of foot patrol, dissipating quickly during the project.  During the latter part of the treatment period, <u>violent crime rates rebounded in the foot beat areas</u>, doubling from the initial early-treatment low point during the latter eight weeks of treatment. <u>Violent crime rates had already returned to pre-treatment levels while foot patrols were still deployed</u>. The results

---

[7] Novak, K.J.; Fox, A.M.; Carr, C.M.; Spade, D.A. (2016). "The Efficacy of Foot Patrol in Violent Places." Journal of Experimental Criminology, 12(3):465-475.

[8] Taylor, B.G.; Koper, C.S.; and Woods, D.J. (2010). "A Randomized Controlled Trial of Different Policing Strategies at Hot Spots of Violent Crime." Journal of Experimental Criminology, 7(2):149-181.

[9] Rosenfeld, R.; Deckard, M.J.; and Blackburn, E. (2014). "The Effects of Directed Patrol and Self-Initiated Enforcement on Firearm Violence: A Randomized Controlled Study of Hot Spot Policing." Criminology, 52(3):428-449.

[10] Ratcliffe, J.H.; Taniguchi, T.; Groff, E.R.; and Wood, J.D. (2011). "The Philadelphia Foot Patrol Experiment: A Randomized Controlled Trial of Police Patrol Effectiveness in Violent Crime Hotspots" Criminology, 49:795-831.

[11] Braga, A.A., Hureau, David & Papachristos, Andrew. (2012). An Ex Post Facto Evaluation Framework for Place-Based Police Interventions. Evaluation review. 35. 592-626. 10.1177/0193841X11433827.



presented here indicate that any <u>treatment benefit is relatively short-lived</u>, which is consistent with previous observations.[12]

Mr. Villines failed to address decay in his opinion.

Mr. Villines support for his opinion that "the presence of police officers, in areas where there is an assessed, increased likelihood of criminal activity, reduces the criminal activity in that targeted area" in his Amended Report of March 1, 2018 included the following:

> *….two recent FP [foot patrol] studies found significant violent crime reductions of 23 percent in Philadelphia, Pennsylvania (Ratcliffe et al., 2011), though this reduction dissipated after FPs were removed (Sorg et al., 2013), and 30 percent in Newark, New Jersey (Piza and O'Hara, 2012), when FP was focused in micro-crime hot spots."*

The research cited by Mr. Villines indicates that 77 percent and 70 percent of violent crimes respectively still occurred despite the presence of police patrolling small areas (micro crime hot spots).  This contradicts Mr. Villines opinion that "The presence of an appropriately trained and deployed capable guardian …. would, more likely than not, have deterred or prevented the murder of Andrew Spencer."

---

[12] Novak, K.J.; Fox, A.M.; Carr, C.M.; Spade, D.A. (2016). "The Efficacy of Foot Patrol in Violent Places." Journal of Experimental Criminology, 12(3):465-475.

