# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVETTE ADELLE SANDERS, )<br>Individually and as surviving parent, )<br>and YVETTE ADELLE SANDERS, )<br>as Administratrix of The Estate of )<br>ANDREW THOMAS SPENCER, )<br>deceased, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>QUIKTRIP CORPORATION )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br>NO.: 1:17-cv-02341-WSD |

## PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

TO: DEFENDANT

## DEFINITIONS AND INSTRUCTIONS

A. This request for production of documents and notice to produce shall be deemed continuing to the extent permitted by Federal Rule of Civil Procedure 26 and 34 so as to require Defendant to serve or produce upon all parties supplemental answers or documents if Defendant or his attorneys obtain further information between the time the answers are served and the time of trial. Plaintiff also requests that Defendant produce the originals of each document at trial and any deposition of Defendant or its agents or employees.

B. "Document", whether singular or plural, means documents, electronically stored information, and other tangible things defined in the broadest sense permitted by the Federal Rules of Civil Procedure and shall include without limitation originals or, if such are not available, true copies, including copies of documents, videotapes, computer data, and sound material.

C. "Person" means any natural person, corporation, partnership, association, governmental entity, agency, group, organization, etc.

D. If a requested document is no longer in your possession, custody or control, please identify the document with specificity.

E. If you object to part of a request, <u>please identify any documents withheld</u>. If you object to the scope or time period of the request, please answer the request for the scope or time period you believe is appropriate.

F. If you assert the attorney-client privilege or work-product exclusion as to any document requested by any of the following specific requests, please identify the document in sufficient detail to permit the Court to reach a determination in the event of a Motion to Compel.

## REQUEST FOR PRODUCTION

Defendant is requested to produce and identify each of the following:

1.

The customer activity report for the QuikTrip store located at 3292 Buford

2

Highway, Brookhaven, GA between January 1, 2012 and December 29, 2016.

2.

The customer activity report for the QuikTrip store located at 5500 Buford Highway, Doraville, GA between January 1, 2012 and December 29, 2016.

3.

Any and all incident reports or documents relating to criminal incidents occurring at 3292 Buford Highway, Brookhaven, GA and 5500 Buford Highway, Doraville, GA between January 1, 2012 and December 29, 2016.

4.

The employment/personnel files of Rhamses Reyes, Gregg Romero, and Jessie Marshall.

5.

The sign-in book and/or log for security guards at the subject QuikTrip in 2016.

6.

Any crime assessment conducted for the subject QuikTrip before December 29, 2016.

7.

Any log or other document identifying which QuikTrip stores in the Atlanta, Georgia market, including the subject QuikTrip, have a security guard and the

reason for there being a security guard.

8.

Any and all documents relating to any vulnerability assessment of a QuikTrip store in the Atlanta, Georgia market, including but not limited to the subject QuikTrip, occurring between December 29, 2010 and December 29, 2016.

9.

Any and all documents relating to a site continuation or reassessment for the subject QuikTrip between December 29, 2010 and December 29, 2016.

This 16th day of January, 2018.

Respectfully submitted,

**LAW & MORAN**

_/s/ Elizabeth A. Rose_
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Elizabeth A. Rose
Georgia Bar No. 940275
Attorneys for Plaintiffs

563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVETTE ADELLE SANDERS, )<br>Individually and as surviving parent, )<br>and YVETTE ADELLE SANDERS, )<br>as Administratrix of The Estate of )<br>ANDREW THOMAS SPENCER, )<br>deceased, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>QUIKTRIP CORPORATION, and )<br>BJS QT, LLC )<br>)<br>    Defendants. ) | CIVIL ACTION FILE<br>NO.: 1:17-cv-02341-WSD |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing *Plaintiffs' Second Request for Production of Documents to Defendant* by placing a copy of the same in an envelope, with adequate postage affixed thereon in the United States Postal Service addressed to:

    Michael J. Rust
    Nicole C. Leet
    Gray, Rust, St. Amand, Moffett & Brieske L.L.P.
    1700 Atlanta Plaza
    950 East Paces Ferry Road
    Atlanta, Georgia 30326

This 16th day of January, 2018.

**[signature on following page]**

5

Respectfully submitted,

**LAW & MORAN**

*/s/ Elizabeth A. Rose*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Elizabeth A. Rose
Georgia Bar No. 940275
Attorneys for Plaintiffs

563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700