**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| YVETTE ADELLE SANDERS, INDIVIDUALLY AND AS SURVIVING PARENT, AND YVETTE ADELLE SANDERS, AS ADMINISTRATRIX OF THE ESTATE OF ANDREW THOMAS SPENCER, DECEASED, | ) | Case No. 1:17-CV-02341-WSD |
| Plaintiffs, | ) | |
| v. | ) | |
| QUIKTRIP CORPORATION, | ) | |
| Defendant. | ) | |

**DEFENDANT QUIKTRIP CORPORATION'S NOTICE OF FILING AMENDED EXHIBITS TO ITS MOTION FOR SUMMARY JUDGEMENT**

COMES NOW, QuikTrip Corporation, Defendant in the above-styled civil action, and hereby files with the Court the attached amended exhibits to its Motion for Summary Judgement:

(1) Exhibits A through N to Defendant QuikTrip Corporation's Motion for Summary Judgement;

This 20th day of April 2018.

/s/ Nicole C. Leet
Michael J. Rust
Georgia Bar No. 621257
Nicole C. Leet
Georgia Bar No. 133044
Attorneys for Defendant
QuikTrip Corporation

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7434 (Leet)
404-870-7439 (Baudry)
404 870-7374 fax
email: mrust@grsmb.com
nleet@grsmb.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| YVETTE ADELLE SANDERS, INDIVIDUALLY AND AS SURVIVING PARENT, AND YVETTE ADELLE SANDERS, AS ADMINISTRATRIX OF THE ESTATE OF ANDREW THOMAS SPENCER, DECEASED, | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO.: 1:17-CV-02341-WSD |
| v. | ) | |
| QUIKTRIP CORPORATION, | ) | |
| Defendant. | ) | |

**<u>LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE</u>**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

/s/Nicole C. Leet
Nicole C. Leet
Georgia Bar No. 13304
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| YVETTE ADELLE SANDERS, INDIVIDUALLY AND AS SURVIVING PARENT, AND YVETTE ADELLE SANDERS, AS ADMINISTRATRIX OF THE ESTATE OF ANDREW THOMAS SPENCER, DECEASED, | ) | Case No. 1:17-CV-02341-WSD |
| Plaintiffs, | ) | |
| v. | ) | |
| QUIKTRIP CORPORATION, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20th, 2018 copies of the **DEFENDANT QUIKTRIP CORPORATION'S NOTICE OF FILING AMENDED EXHIBITS TO ITS MOTION FOR SUMMARY JUDGEMENT** were electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorney of record:

Peter A. Law
E. Michael Moran
Elizabeth A. Rose

    Law & Moran
   563 Spring Street, NW
    Atlanta, GA 30308

        /s/ Nicole C. Leet
        Nicole C. Leet
        Georgia Bar No. 133044
        Attorney for Defendant
        QuikTrip Corporation