# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 25, 2019

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 19-11767-HH
Case Style: Yvette Sanders v. QuikTrip Corporation
District Court Docket No: 1:17-cv-02341-CC

The enclosed copy of the Clerk's Entry of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH/lt
Phone #: 404-335-6169

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-11767-HH

_____

YVETTE ADELLE SANDERS,
Individually and as surviving parent,
as administratrix for the estate
of Andrew Thomas Spencer,

                                  Plaintiff - Appellant,

versus

QUIKTRIP CORPORATION,

                                  Defendant - Appellee,

BJS QT, LLC,

                                  Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Yvette Adelle Sanders and Appellee QuikTrip Corporation's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective September 25, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Christopher Bergquist, HH, Deputy Clerk

FOR THE COURT - BY DIRECTION